UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Crystal Skellington, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

Rothman Evans, P.C.,

                Defendant.

Case No: 2:20-cv-01227-SJF-ARL

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: August 21, 2020

| | |
|---|---|
| **ABRAMS GARFINKEL MARGOLIS BERGSON, LLP** | **BARSHAY SANDERS, PLLC** |
| | By: /s Craig B. Sanders |
| By: /s Andrew Gefell | Craig B. Sanders |
| Andrew Gefell, Esq. | 100 Garden City Plaza, Suite 500 |
| 1430 Broadway, 17th Floor | Garden City, New York 11530 |
| New York, New York 10018 | Tel. (516) 203-7600 |
| Tel: (212) 201-1170 | Email: |
| *Attorneys for Defendant* | *ConsumerRights@BarshaySanders.com* |
| | Our File No: 117658 |
| | *Attorneys for Plaintiff* |

SO ORDERED this 25th day of August 2020 at Central Islip, New York.

                /s/ *Sandra J. Feuerstein*
                United States District Judge